**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00431-CR**
_____

**JOHN WESLEY HARDIN III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 163rd District Court**
**Orange County, Texas**
**Trial Cause No. B150077-R**

**MEMORANDUM OPINION**

John Wesley Hardin III has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

PER CURIAM

1

Submitted on January 7, 2020
Opinion Delivered January 8, 2020
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.